Argued and submitted February 2, reversed and remanded for reconsideration November 29, 1995

In the Matter of the Compensation of
Henry A. Terry, Claimant.
SAIF CORPORATION
and Ochoco Lumber Company,
*Petitioners,*

*v.*

Henry A. TERRY,
*Respondent.*

(WCB 93-03582, 92-15766; CA A85179)

905 P2d 1187

Michael O. Whitty, Special Assistant Attorney General, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

James L. Edmunson argued the cause for respondent. With him on the brief was Malagon, Moore, Johnson & Jensen.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

SAIF and employer seek review of an order of the Workers' Compensation Board concluding that claimant suffered a compensable injury to his neck. The statute pertinent to this petition, ORS 656.005(7)(a)(B), has been amended by Oregon Laws 1995, chapter 332. Because the amended version of the statute is applicable, we remand for reconsideration in the light of the new law. *Volk v. America West Airlines*, 135 Or App 565, 899 P2d 746 (1995).

Reversed and remanded for reconsideration.